IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE RUMSON GROUP LLC<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 09-cv-4447 |
| STEVEN BEDA, et al.<br>    Defendants | : | |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

As of September 13, 2010, my firm association and contact information changed. My new firm is Weir & Partners LLP which is located at The Widener Building, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107. My e-mail address is brett.datto@weirpartners.com. The telephone number is 215-665-8181.

                                                                      WEIR & PARTNERS LLP

                                                                       BY:_____
                                                                          BRETT A. DATTO, ESQUIRE
                                                                         The Widener Building
                                                                         1339 Chestnut Street, Suite 500
                                                                         Philadelphia, PA 19107
                                                                         brett.datto@weirpartners.com
                                                                         215-665-8181
                                                                         Attorneys for Plaintiff

Date: September 29, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE RUMSON GROUP LLC<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 09-cv-4447 |
| STEVEN BEDA, et al.<br>Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Change of Address was duly served upon the following persons via United States First Class Mail, postage prepaid on September 29, 2010:

Joseph M. Reibman, Esquire
2957 Fairfield Drive
Allentown, PA 18103
Attorney for Defendants Reed Collingwood,
Sunstar Financial, LLC, and Sunstar Insurance Services LLC

Steven Beda
45 Mount Drive
West Long Branch, NJ 07764
Defendant

Star Financial Group
45 Mount Drive
West Long Branch, NJ 07764
Defendant

Alfred Petermann
677 120th Ave. NE
Suite 129
Bellevue, Washington, 98005

Alfred Petermann
778 122nd Ave. NE
Bellevue, WA 98005
Defendant, pro se

Sedona Limited LLC
677 120th Ave. NE
Suite 129
Bellevue, Washington, 98005

Sedona Limited LLC 778
122nd Ave. NE
Bellevue, WA 98005
Defendant, pro se

WEIR & PARTNERS LLP


BY: _____
BRETT A. DATTO, ESQUIRE
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
brett.datto@weirpartners.com
215-665-8181
Attorneys for Plaintiff

Date: September 29, 2010